# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

THOMAS A. KORTE,
        Plaintiffs,

AMERICAN MEDICAL SECURITY           Case No. 07-CV-246
LIFE INSURANCE COMPANY,
        Involuntary Plaintiff,

v.

UNITED STATES OF AMERICA,
        Defendant.

## ORDER RETURNING CASE

Upon review of the government's communication dated August 3, 2007, wherein it requests an adjournment of the scheduled mediation before this court in order for the parties to pursue discovery,

Accordingly, IT IS ORDERED that the settlement conference scheduled for September 27, 2007 is removed from the court's calendar and this action is referred back to Hon. Patricia J. Gorence for further proceedings.

SO ORDERED.

Dated at Milwaukee, Wisconsin, this <u>6th</u> day of August, 2007.

                              BY THE COURT:

                              s/AARON E. GOODSTEIN
                              United States Magistrate Judge